# United States Court of Appeals
## For the First Circuit

No. 08-2056

UNITED STATES OF AMERICA,

Appellee,

v.

JASON GERHARD,

Defendant, Appellant,

No. 08-2300

UNITED STATES OF AMERICA,

Appellee,

v.

CIRINO GONZALEZ,

Defendant, Appellant,

No. 08-2450

UNITED STATES OF AMERICA,

Appellee,

v.

DANIEL RILEY,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on July 30, 2010, is amended

as follows:

On page 5, line 4, strike "§ 371".

On page 21, line 6, strike "from" after "person".

On page 43, line 17, "Employees" is changed to "Officers".

On page 50, line 2, the comma after "Count 1" is replaced with a semicolon.